**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-35268-H2-7 |
| | § | |
| Cipriano Garza | § | CHAPTER 7 |
| | § | |
| | § | |
| DEBTOR(S) | § | |

MOTION TO REOPEN CHAPTER 7 CASE

**IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-ONE DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.**

**IF A PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER. IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN TWENTY-ONE DAYS, YOU MUST RESPOND WITHIN THAT TIME. IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS. IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIME EXPIRES.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

      COMES NOW, Cipriano Garza, the Debtor(s) herein, and files this Motion to Reopen this Chapter 7 Case, and in support thereof would show the following:

      1.      Debtors filed for relief under Chapter 13 Bankruptcy on 8/28/2013 and subsequently converted to a Chapter 7 case.

      2.      On December 19, 2014, this case was closed without entry of discharge for failure to complete the Financial Management Course requirement.

      3.      On February 16, 2014, the Debtor(s) completed the Financial Management Course and a certificate was issued. The Certificate of Debtor Education was filed in this case on February 6, 2015.

      4.      The Debtor (s) needs to reopen this case so that the Certificate of Debtor Education is acknowledged by the Court, and allow this Court to grant a Discharge of this case.

      5.      The reopening of this case will not delay or be prejudicial to any creditor.

     WHEREFORE ALL PREMISES CONSIDERED, the Debtor(s) prays (a) that the Court enter an Order reopening this case; (b) that the Court acknowledge the filing of the Certificate of Debtor Education; (c) that the Court grant an Order of Discharge, and for any other relief that the Court may deem necessary.

                                                     Respectfully submitted,

                                                     */s/ Eloise A. Guzman*

                                                     _____
                                                   Eloise A. Guzman
                                                   Bar No. 08654570
                                                   Sonya N. Gomez
                                                   Bar No. 24007762
                                                   Genevieve M. Graham
                                                   Bar No. 24085340
                                                   Attorney for Debtor
                                                   8225 Gulf Freeway
                                                   Houston, TX 77017
February 6, 2015                      (713) 378-9900 (phone) (713) 378-9977 (fax)

## CERTIFICATE OF SERVICE

     This is to certify that a true and correct copy of the Debtor's Motion to Reopen the Case, has been forwarded through the U.S. First Class Mail (on the certified date below), properly stamped and addressed to the following parties of interest:

Cipriano Garza
10243 Ella Blvd.
Houston, TX 77038

Joseph Hill
Chapter 7 Trustee
5851 San Felipe #950
*via ECF only*

United States Trustee
515 Rusk, Suite 3516
Houston, TX 77002

                                                    */s/ Eloise A. Guzman*
                                                   _____
                                                   Eloise A. Guzman

February 6, 2015

| | | |
|---|---|---|
| Aaron's Inc.<br>P O Box 102746<br>Atlanta, GA. 30368 | Aldine I.S.D.<br>14909 Aldine Westfield Road<br>Houston, TX  77032-3027 | Amegy Bank of Texas<br>400 North Sam Houston Pkwy E<br>Houston, Texas 77060 |
| Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130 | Certified Recovery Sys<br>6161 Savoy Dr Ste 600<br>Houston, TX 77036 | Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>PO Box 20363<br>Kansas City, MO 64195 |
| Colorado Electric Supplie | Elliott Electric Supply Inc.<br>8401 Westland West Blvd.<br>Houston, Tx. 77041 | Fallbrook UD<br>PO Box 1368<br>Friendswood, TX 77549-1368 |
| First Source Electrical<br>7930 Bankenship Dr.<br>Houston, Tx. 77055 | Harris County Tax Office<br>P. O. Box 4622<br>Houston, Texas  77210-4622 | Hitachi<br>800 Connecticut Ave.<br>Norwalk, CT 06854 |
| Internal Revenue Service<br>1919 Smith St.<br>Stop 5024 Hou<br>Houston, Texas 77002 | Key Electrical Supply, Inc.<br>7170 W 43rd St.<br>Houston, Tx. 77092 | Liberty Auto Sales Inc<br>209 West Little York Rd.<br>Houston, Texas 77076 |
| Linebarger, Goggan, Blair<br>P.O. Box 3064<br>Houston, TX  77253-3064 | Midland Mortgage<br>P.O. Box  268888<br> Oklahoma City, OK  73126-8888 | Network Coll<br>9894 Bissonnet<br>Houston, TX 77036 |
| Paragon Asset Recovery Services<br>O/B/O Alterra Specialty<br>P.O. Box 962<br>Coraoplos, PA 15108 | Primeway Federal Cu<br>PO Box 53088<br>Houston, TX 77052 | RJM Acquistions Funding LLc<br>575 Underhill Blvd, Ste. 224<br>Syosset, NY. 11791 |
| Stephen E. Toomey<br>4200 South Shepherd, Suite 212<br>Houston, TX  77098 | Texas Car Title & Loans<br>12817 Aldine Westfield Rd.,<br>Houston, Texas 77032 | Texas Community Bank<br>16610 I 45<br>The Woodlands, TX 77384 |